AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

_Sep. 15th_ 20 _25_

Dinah Milton Kinney, Clerk

By_____
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:25-MJ- _885_ (SDV) |
| Brandon Turner (YOB: 1994) | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 21, 2025 _____ in the county of _____ Fairfield _____ in the

_____ District of _____ Connecticut _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) | Possession with intent to distribute 400 grams or more of fentanyl |
| 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II) | Possession with intent to distribute 500 grams or more of cocaine |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein, of Drug Enforcement Administration (DEA) Special Agent Timothy Miller.

☑ Continued on the attached sheet.

TIMOTHY MILLER  Digitally signed by TIMOTHY MILLER
Date: 2025.09.15 16:20:08 -04'00'

_Complainant's signature_

Timothy Miller, Special Agent, DEA

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: _____ 09/15/2025 _____

S. Dave Vatti  Digitally signed by S. Dave Vatti
Date: 2025.09.15 16:53:34 -04'00'

_Judge's signature_

City and state:   Bridgeport, Connecticut

S. Dave Vatti, United States Magistrate Judge

_Printed name and title_